UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: CR05-314-MJP |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| LAWRENCE R. HILL, | ) | |
| Defendant. | ) | |

Offense charged:

    Felon in Possession

Date of Detention Hearing:   Initial Appearance September 6, 2005

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant has pled guilty to one count of Felon in Possession of a firearm (a Glock Model 23, .40 caliber semi-automatic pistol) after conviction for felonies including VUCSA, 2nd degree Burglary, Taking Motor Vehicle without Permission, and Attempt to Elude between the dates of March 10, 1995 and July 6, 2001.

(2) Defendant was not interviewed by Pretrial Services. He is 30 years old, born in Oregon. There is no additional information available regarding his personal history, residence, family ties, ties to this District, income, financial assets or liabilities, physical/mental health or controlled substance use if any.

(3) In addition to the felonies listed above, defendant has been convicted of multiple driving offenses, and his criminal record history shows multiple instances of warrant activity and failures to comply with court orders. He is currently serving a sentence at the King County Jail.

(4) Defendant poses a risk of nonappearance due to pending sentence of incarceration in King County, unknown background and ties to the District, and a history of failing to appear. He poses a risk of danger based on extensive criminal history.

(5) The defendant does not contest detention.

(6) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to

01  counsel for the defendant, to the United States Marshal, and to the United States
02  Pretrial Services Officer.
03  DATED this  6th  day of September, 2005.

04
05                                                    _____
                                                      Mary Alice Theiler
06                                                    United States Magistrate Judge

07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DETENTION ORDER                                                                    15.13
18 U.S.C. § 3142(i)                                                             Rev. 1/91
PAGE 3