UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LAWRENCE HILL,<br><br>　　　　　　　　　Defendant. | CASE NO. CR05-314-MJP<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on May 27, 2016. The United States was represented by Steve Masada, and defendant was represented by Nancy Tenney. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

Defendant had been convicted on or about January 13, 2006, on a charge of felon in possession of a firearm. The Hon. Marsha J. Pechman of this court sentenced defendant to 120 months of imprisonment, followed by three years of supervised release. He served this term of imprisonment, and began his first term of supervised release.

///

PRIOR VIOLATIONS AND REVOCATIONS

The US Probation Officer charged defendant with use of morphine in September of 2013. The court continued his term of supervised release, and ordered that he continue urinalysis testing.

On July 1, 2014, the court revoked defendant's supervised release after he admitted committing the crime of harassment and associating with a convicted felon. The court imposed a sentence of 60 days of imprisonment followed by 24 months of supervised release.

On June 21, 2015, the court again revoked defendant's supe5rvised release after he admitted use of heroin, methamphetamine and marijuana, failing to notify his USPO of a change of residence, and failing to report for substance abuse testing. The court sentenced him to an additional 45 days in custody, followed by 13 months of supervised release.

PRESENTLY ALLEGED VIOLATIONS AND
DEFENDANT'S ADMISSIONS

In an application dated April 29, 2016, USPO Lisimba Jackson alleged that defendant violated the conditions of supervised release by using heroin on March 23 and April 20, 2016.

I advised defendant as to these charges and as to his constitutional rights. He admitted these alleged violations, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing before Judge Pechman.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release in the two respects alleged, and conduct a disposition hearing. That hearing has been scheduled for June 10, 2016 at 10:00 a.m. before Judge Pechman.

Pending disposition, defendant has been released on a recognizance bond which also incorporates all the conditions of his supervised release. He responded to a summons to appear for the initial hearing on revocation. Both parties and the U.S. Probation Office agreed to his release on these conditions.

DATED this 27th day of May, 2016.

<div style="text-align: right">s/ John L. Weinberg<br>United States Magistrate Judge</div>

cc: | Sentencing Judge | : | Hon. Marsha J. Pechman
    | Assistant U.S. Attorney | : | Steve Masada
    |  |  | Andy Colasurdo
    | Defense Attorney | : | Nancy Tenney
    | U. S. Probation Officer | : | Lisimba Jackson